UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61352-CIV-SMITH/VALLE

ABNER JOSE GOMEZ,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Paperless Report and Recommendation [DE 25], which recommends granting the parties' Amended Joint Status Report Pursuant to the Court's July 17, 2023 Order and Joint Motion for Remand [DE 24]. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the Motion to Remand, and the record, it is

**ORDERED** that:

1) The Magistrate Judge's Paperless Report and Recommendation [DE 25] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Amended Joint Status Report Pursuant to the Court's July 17, 2023 Order and Joint Motion for Remand [DE 24] is **GRANTED**. The Clerk is **directed to remand** this matter to the Social Security Administration. Upon remand, the Appeals Council will instruct the Administrative Law Judge to make a finding on the reopening issue in a new decision with supporting rationale in accordance with 20 C.F.R. §§ 404.988 and 416.1488. If reopening is warranted, the Administrative Law Judge will consolidate the claims and further evaluate

Plaintiff's residual functional capacity and provide rationale with specific references to the evidence of record in support of the assessed limitations.  The Administrative Law Judge should also obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.  The hypothetical questions should reflect the specific capacity/limitations established by the record as a whole.  The Administrative Law Judge will ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy.  Further, before relying on the vocational expert evidence, the Administrative Law Judge will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles and its companion publication, the Selected Characteristics of Occupations.  The Administrative Law Judge will also offer Plaintiff an opportunity for a hearing and take any further action needed to complete the administrative record.

      3)      All pending motions are **DENIED as moot.**

      4)      This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 1st day of August, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record