UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61352-SMITH/VALLE

ABNER JOSUE GOMEZ,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 28], in which she recommends granting Plaintiff's Unopposed Motion for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) [DE 27]. Accordingly, given the unopposed nature of the motion and having reviewed the Report and Recommendation, Plaintiff's Motion, and the record, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge [DE 28] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Unopposed Motion for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) [DE 27] is **GRANTED**. Plaintiff is awarded $8,374.35 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of October, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record